UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS ROMERO,<br><br>    Petitioner,<br><br>    v.<br><br>MARCUS POLLARD, WARDEN,<br><br>    Respondent. | No. 2:21-cv-0291 KJM AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 9, 2021, petitioner filed a request for case status. ECF No. 24. As petitioner has been informed by the Clerk's Office (see August 9, 2021, docket annotation), respondent filed a motion to dismiss on July 23, 2021. ECF No. 16. In order to ensure that petitioner has a fair opportunity to respond to the motion, the court HEREBY ORDERS AS FOLLOWS:

    1. The Clerk of Court is directed to send petitioner a courtesy copy of respondent's motion to dismiss, ECF No. 16; and

    2. Within thirty days from the date of this order, petitioner shall file a response to respondent's motion to dismiss.

DATED: August 12, 2021

                                                      */s/ Allison Claire*
                                                      ALLISON CLAIRE
                                                      UNITED STATES MAGISTRATE JUDGE